IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PEDRO G. BENNETT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:18cv812-MHT |
| ) | (WO) |
| THE STATE OF ALABAMA and ) | |
| RANDALL V. HOUSTON, ) | |
| ) | |
|    Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a jail inmate facing prosecution, filed this lawsuit complaining that the defendant district attorney slandered him during a television broadcast. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of October, 2018.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**